JAMES SUAREZ *v.* ALEXANDER J. SORDO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 756 (AC 14840), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Dale P. Faulkner,* in support of the petition.

*Michael J. Walsh,* in opposition.

Decided January 23, 1997

KENNETH R. MILLER *v.* ALFRED J. ONORATO ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 16142) is dismissed.

*Alexander Scheirer,* in support of the petition.

*Patrick M. Noonan,* in opposition.

Decided February 4, 1997

STATE OF CONNECTICUT *v.* KIM LYONS

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 704 (AC 14924), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Richard Emanuel,* assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided February 4, 1997